| PROB 22 (Rev. 9/98) **TRANSFER OF JURISDICTION** | DEPUTY CLERK_____ | DOCKET NUMBER *(Tran. Court)* Dkt. No. EP-16-CR-1080DB |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Antonette Ortiz Northern District of Texas | DISTRICT WD/TX | DIVISION EL PASO |
|---|---|---|
| | NAME OF SENTENCING JUDGE David Briones | |
| | DATES OF PROB/ SUPV. REL. | FROM February 23, 2018 — TO February 22, 2020 |

**OFFENSE**
21 U.S.C 952 – Importation of a Controlled Substance

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Northern District of Texas,</u> period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10-1-2018
Date

_____
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Northern District of Texas</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/18/18
Effective Date

_____
United States District Judge